**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION**

**CASE NO. 13-20929-CR-ALTONAGA**

**UNITED STATES OF AMERICA**,

    Plaintiff,

v.

**JUAN FELIPE MARTINEZ**,

    Defendant.
_____/

## ORDER

THIS CAUSE came before the Court on October 27, 2014 for a hearing, and upon Defendant, Juan Martinez's Motion *in Limine* . . . . . [ECF No. 114], and Defendant's Motion to Compel . . . . . [ECF No. 126]. For the reasons stated on the record in open court, it is

**ORDERED AND ADJUDGED** that the Motion *in Limine* to Exclude Extrinsic Evidence [ECF No. 114] is **GRANTED**, and the Motion to Compel [ECF No. 126] is **DENIED**.

**DONE AND ORDERED** in Chambers at Miami, Florida this 27th day of October, 2014.

_____
**CECILIA M. ALTONAGA
UNITED STATES DISTRICT JUDGE**

cc:    counsel of record