UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 13-20929-CR-ALTONAGA

**UNITED STATES OF AMERICA**,

    Plaintiff,
v.

**JUAN FELIPE MARTINEZ**,

    Defendant.
_____/

## ORDER

THIS CAUSE came before the Court on the Government's Consolidated Motion *in Limine* [ECF No. 136], and the Defendant's Motion *in Limine* to Preclude Admission of Unindicted Co-Conspirator Hearsay Statements [ECF No. 138]. The Motions, filed on the eve of trial, are both premature as well as untimely. The Motions acknowledge the Court will be unable to render decisions in many respects; resolution of the issues raised therein needs to await the presentation of evidence at trial and information to be presented at trial, in most instances outside the presence of the jury. The Motions are premature because they fail to comply with Local Rule 88.9. The Motions are untimely, as they were filed the day before trial commenced, leaving no time for full written briefing by the parties. Being fully advised, it is

**ORDERED AND ADJUDGED** that the Government's Motion **[ECF No. 136]** and Defendant's Motion **[ECF No. 138]** are **DENIED without prejudice**. The Court construes the Motions as pre-trial memoranda, provided to inform the Court of certain evidentiary issues the parties expect will arise. The Court will certainly hear from the parties and consider their requests at the appropriate time or times.

CASE NO.  12-X-CR-ALTONAGA

**DONE AND ORDERED** in Miami, Florida this 7th day of November, 2014.

_____
**CECILIA M. ALTONAGA**
**UNITED STATES DISTRICT JUDGE**

cc:  counsel of record